UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARDIOVASCULAR SURGERY OF ALEXANDRIA, LLC, *ET AL.*, Plaintiffs | CIVIL ACTION NO. 1:18-CV-00986 |
| VERSUS | |
| DONNA L. KERRY Defendants | JUDGE DEE D. DRELL MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiffs' Motion to for Summary Judgment (Doc. 14) is DENIED.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 21st day of November 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT